UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA GOLDBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | NO.  CV-14-0094-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

BEFORE THE COURT is the Stipulation of the parties (ECF No. 10), wherein they agree to the dismissal of this action with prejudice and with each party to bear its own costs and attorneys' fees. **IT IS HEREBY ORDERED**:

The Clerk of this court shall enter Judgment dismissing the Complaint (ECF No. 1) and the claims therein with prejudice and without costs or attorneys' fees to any party.

**IT IS SO ORDERED**.  The Clerk of this court shall file this Order, enter Judgment, forward copies to counsel, and close this file.

**DATED** this 15th day of September 2014.

                      s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1